## Return

| Case No.: 26-MJ-526 | Date and time warrant executed: 9/28/26 7:56 A.m. | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of : Eli Gartner, Special Agent, IRS-CI

Inventory of the property taken and name(s) of any person(s) seized:

Ping location data, from AT&T, for phone number 414-828-4291.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/30/26

[signature]
*Executing officer's signature*

Jeremy Grobert, Special Agent, IRS-CI
*Printed name and title*